Civil Action No. __2010CV185158__

Date Filed _____

Magistrate Court ☐
Superior Court ☒XX
State Court FULTON ☐
Georgia, ~~GWINNETT~~ ~~RICHMOND~~ COUNTY

J.D. Phillips, Individually and On Behalf of All Others Similarly Situated
_____ Plaintiff

**Attorney's Address**
Mitchell D. Benjamin, Esq.
Billips & Benjamin LLP
One Tower Creek
3101 Towercreek Parkway, Suite 190
Atlanta, GA 30339

VS.

City of Atlanta, GA
_____ Defendant

**Name and Address of Party to be Served**

City of Atlanta

c/o Kasim Reed, Mayor

55 Trinity Avenue

Atlanta, GA 30303

FILED IN OFFICE

JUL 2 0 2010

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds, height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☑ Served the defendant _City of Atlanta c/o Kasim Reed Mayor_ a corporation by leaving a copy of the within action and summons with _Juanita Wells - Paralegal_ in charge of the office and place of doing business of said Corporation in this County

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __15__ day of __July__, 2010

T. Sanders DSH
**DEPUTY**

SHERIFF DOCKET _____ PAGE _____

~~GWINNETT~~ ~~RICHMOND~~ COUNTY, GEORGIA
FULTON

WHITE: Clerk    CANARY: Plaintiff Attorney    PINK: Defendant