CLASSIFICATION CODE: 411014

411014

# CITY OF ATLANTA, GEORGIA
# JOB DESCRIPTION

Job Title: Fire Lieutenant Investigator     Department: Fire Department

Date: 1994     Reports To: Fire Section Chief - Investigation

**Purpose of Job**

The purpose of this job is to provide investigative services on suspected arson fires and fatalities for the Fire Department. Duties and responsibilities include initiating and directing investigations; assisting technicians and examiners; collecting and analyzing evidence of fires to determine causes and origins; testifying as an expert witness in court; documenting fire scenes and writing reports; working to achieve the highest level of cooperation and to enhance the effectiveness and efficiency of all departments and fire protection within the City of Atlanta.

**Essential Duties and Responsibilities**

**The following duties are normal for this job. These are not to be construed as exclusive or all-inclusive. Other duties may be required and assigned.**

**Work Delegation:**

- Supervises, directs and evaluates assigned staff, handling employee concerns and problems, directing work, counseling, disciplining and completing employee performance appraisals.

- Substitutes for co-workers in temporary absence of same.

- Directs and conducts fire scene investigations.

**Administrative Duties:**

- Enforces all city fire codes and criminal codes, ordinances and fire laws and regulations of the state in order to protect life and property.

- Initiates and conducts investigations of suspicious fires, fires of unknown nature, auto fire fatalities, other fire fatalities and fire related injuries.

- Peruses scenes of fires and collects evidence to ascertain causes and origins of fires and for litigation; examines and secures evidence from fire scene.

- Photographs fire damage and evidence of fire causes and stores evidence in locked storage area.

| | |
|---|---:|
| | 2 |
| | CLASSIFICATION CODE:  411014 |
| City of Atlanta Job Description – Fire Lieutenant Investigator | 411014 |

- Maintains chain of custody.

- Assists medical examiner with fire deaths.

- Compiles and analyzes investigation results and determines probable causes and origins of fires.

Communication:

- Cooperates with federal, state, and local law enforcement agencies and its officers or representatives when their activities or investigations are related to on-going investigations being conducted by the Atlanta Fire Department; works to achieve the highest level of cooperation and efficiency possible.

- Questions persons reporting fires, fire fighters, police, and others to obtain information.

- Conducts interviews with insurance adjusters, medical examiners and other special experts as well as witnesses, suspects, victims, etc., to obtain details and pertinent information.

- Cooperates with police and insurance companies to investigate reports of fires and flammable materials.

**Quality Assurance:**

- Trains for and maintains Firefighter, Fire Investigator, Peace Officer, and Handgun and Shotgun certifications.

- May inspect nightclubs or other places of assembly for code violations or overcrowding of building and/or parking facilities.

**Productivity and Accountability:**

- Swears out warrants for arrest of suspected arsonists; delivers subpoenas and arrest warrants; effects arrests.

- Gives testimony in court cases involving fires, suspected arson and false fire alarms. . Transports criminals and delivers physical evidence to crime laboratory.

- Uses knowledge of various software programs to operate a computer in an effective and efficient manner.

**Record Keeping and Documentation:**

- Completes and submits a monthly productivity report.

- Prepares fire investigation, police and other internal reports; prepares arson cases for prosecution in court.

- Documents evidence for litigation; maintains files including all photographs and sketches of fire scenes, laboratory and medical reports, and insurance information.

- Maintains records of convicted arsonists and arson suspects.

**Marginal Job Functions**

- Performs other related duties as required.

**Knowledge of Job**

Has considerable knowledge of the principles, practices and procedures of the City and the various department operations and functions. Has considerable knowledge of management and arson policies and procedures as necessary in the completion of daily responsibilities. Is able to develop and administer policies, procedures, plans and activities and to monitor performance of subordinates against measured established goals. Knows how to develop and administer operations and staff plans and objectives for the expedience and effectiveness of specific duties of the City. Is able to develop and implement long-term goals for the department in order to promote effectiveness and efficiency. Has considerable knowledge of all applicable laws, ordinances, policies, standards and regulations pertaining to the specific duties and responsibilities of the job. Knows how to keep abreast of any changes in policy, methods, operations, budgetary and equipment needs, etc. as they pertain to departmental operations and activities. Is able to effectively communicate and interact with subordinates, elected officials, management, employees, members of the general public and all other groups involved in the activities of the City as they relate to the department. Is able to assemble information and make written reports and documents in a concise, clear and effective manner. Has good organizational, management, investigative, human relations, and technical skills. Is able to use independent judgment and discretion in managing subordinates including the handling of emergency situations, determining and deciding upon procedures to be implemented, setting priorities, maintaining standards, and resolving problems. Has the ability to comprehend, interpret, and apply regulations, procedures, and related information. Has the mathematical ability to handle required calculations. Is knowledgeable and proficient with computers. Is able to read, understand and interpret personnel and investigative reports and related materials.

**Minimum Training and Experience Required to Perform Essential Job Functions**

High School diploma or GED required; three years experience in firefighting or arson investigation experience required; or any equivalent combination of education, training, and experience which provides the requisite knowledge, skills, and abilities for this job. Prospective Fire Investigators must hold the rank of Lieutenant. Must possess a valid Georgia driver's license.

<b>(ADA) MINIMUM QUALIFICATIONS OR STANDARDS REQUIRED</b>

<b>TO PERFORM ESSENTIAL JOB FUNCTIONS</b>

**PHYSICAL REQUIREMENTS:** Must be physically able to operate a variety of job related machines and equipment. Must be able to use body members to work, move or carry related objects or materials. Must be able to exert up to one hundred pounds of force occasionally, and/or up to fifty pounds force frequently. Physical demand requirements are at levels of those for active work. Must be able to lift and/or carry weights of fifty to one hundred pounds.

City of Atlanta Job Description – Fire Lieutenant Investigator

CLASSIFICATION CODE: 411014
411014

4

**DATA CONCEPTION**: Requires the ability to compare and/or judge the readily observable functional, technical, structural, compositional or identifiable characteristics (whether similar to or divergent from obvious standards) of data, people, or things.

**INTERPERSONAL COMMUNICATION**: Requires the ability to speak and signal to people to conveyor exchange professional information.

**LANGUAGE ABILITY**: Requires the ability to read a variety of professional, technical and administrative documentation, directions, instructions, methods and procedures related to police work and law enforcement. Requires the ability to write reports and essays with proper format, punctuation, spelling and grammar, using all parts of speech. Requires the ability to speak with and before others with poise, voice control, and confidence using correct English and well-modulated voice.

**INTELLIGENCE:** Requires the ability to learn and understand subject matter principles and techniques; to make independent judgments in absence of supervision; to acquire and be able to expound on knowledge of topics related to primary occupation.

**VERBAL APTITUDE**: Require the ability to record and deliver information such as in public speaking situation, to explain procedures, to follow verbal and written instructions.

**NUMERICAL APTITUDE**: Requires the ability to utilize mathematical formulas; add and subtract; multiply and divide totals; determine percentages; determine time and weight; and interpret as may be appropriate.

**FORM/SPA TIAL APTITUDE**: Requires the ability to inspect items for proper length, width, and shape.

**MOTOR COORDINATION**: Requires the ability to coordinate body members in utilizing job related/law enforcement equipment (i.e., motor vehicles, firearms, handcuffs, office equipment, etc.) and in the physical act of performing arrest mechanics.

**COLOR DISCRIMINATION**: Require the ability to differentiate colors and shades of color.

**INTERPERSONAL TEMPERAMENT**: Requires the ability to interact with people (i.e. staff, supervisors, general public and elected officials) beyond giving the receiving instructions. Must be adaptable to performing under minimal stress when confronted with an emergency.

**MANUAL DEXTERITY**: Requires the ability to handle a variety of office/law enforcement equipment items, control knobs, switches, etc. Must have the ability to use one hand of twisting motion or turning motion while coordinating other hand with different activities. Must have eye/hand/foot coordination.

**PHYSICAL COMMUNICATION**: Requires the ability to speak (talking- expressing or exchanging ideas by means of spoken works.), hear (hearing-perceiving nature of sounds by ear) and signal (using body members).

City of Atlanta Job Description – Fire Lieutenant Investigator

5
CLASSIFICATION CODE: 411014
411014

The City of Atlanta is an Equal Opportunity Employer. In compliance with the Americans with Disabilities Act, the City may provide reasonable accommodations to qualified individuals with disabilities and encourages both prospective and current employees to discuss potential accommodations with the employer. Signatures below indicate the receipt and review of this job description by the employee assigned to the job and the immediate supervisor.

_____         _____
Employee's Signature                                     Supervisor's Signature


_____         _____
Date                                                               Date